UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN BRIGGS,

    Plaintiff,

v.

                                    Case No. 22-cv-11300
                                    Hon. Matthew F. Leitman

CITY OF DETROIT, *et al.*,

    Defendants.
_____/

### ORDER DENYING IN PART AND GRANTING IN PART DEFENDANT STANLEY KROPIK'S MOTION FOR SUMMARY JUDGMENT (ECF No. 29)

On February 5, 2024, the Court held a hearing on Defendant Stanley Kropik's Motion for Summary Judgment. (*See* Mot., ECF No. 29.) For the reasons stated on the record, **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion for Summary Judgment is **GRANTED** to the extent it seeks summary judgment in favor of Kropik on (1) Plaintiff's claim for intentional infliction of emotional distress under Michigan state law and (2) Plaintiff's claim that Kropik violated the 4th Amendment by seizing Plaintiff without reasonable suspicion or probable cause.

2. Defendant's Motion for Summary Judgment is **DENIED** to the extent it seeks summary judgment for Kropik on (1) Plaintiff's claim that Kropik used excessive force in violation of the Fourth Amendment when (Kropik) pushed the Plaintiff against a vehicle; (2) Plaintiff's claim that Kropik used excessive force in violation of the Fourth Amendment when he handcuffed Plaintiff; and (3) Plaintiff's claim under Michigan state law for assault and battery.

**IT IS SO ORDERED.**

                                               s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
                                               UNITED STATES DISTRICT JUDGE

Dated: February 5, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 5, 2024, by electronic means and/or ordinary mail.

                                               s/Holly A. Ryan
                                               Case Manager
                                               (313) 234-5126