UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN BRIGGS,

     Plaintiff,

                                   Case No. 22-cv-11300

v.                                Hon. Matthew F. Leitman

CITY OF DETROIT, *et al.*,

     Defendants.

_____/

## ORDER DIRECTING PLAINTIFF TO ORDER PORTION OF HEARING TRANSCRIPT AND TO PROVIDE TRANSCRIPT TO MAGISTRATE JUDGE

On February 5, 2024, the Court held a hearing on Defendant Stanley Kropik's motion for summary judgment in this action. At the conclusion of the hearing, the Court explained on the record why it made sense for both parties to pursue settlement efforts. The Court then referred this matter for a settlement conference before the assigned Magistrate Judge (*see* Order, ECF No. 36), and the Magistrate Judge has now set the settlement conference for April 25, 2024. (*See* Notice, ECF No. 37.)

The Court believes that the Magistrate Judge would benefit substantially from reviewing the Court's comments prior to the settlement conference. Accordingly, the Court **DIRECTS** Plaintiff John Briggs (1) to order the portion of the transcript of the February 5, 2024, hearing in which the Court discussed settlement efforts and (2) to provide that portion of the transcript to the Magistrate Judge at least one week

1

before the settlement conference.  Kropik shall reimburse Briggs for half of the cost

of ordering the transcript.

      **IT IS SO ORDERED**.


                                     s/Matthew F. Leitman
                                     MATTHEW F. LEITMAN
                                     UNITED STATES DISTRICT JUDGE

Dated:  February 12, 2024

     I hereby certify that a copy of the foregoing document was served upon the
parties and/or counsel of record on February 12, 2024, by electronic means and/or
ordinary mail.

                                       s/Holly A. Ryan
                                     Case Manager
                                     (313) 234-5126